IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL RICHMAN,<br><br>　　　　　　　　　　Petitioner.<br>　　　　v.<br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Respondent. | Case: 1:25-mc-00170<br>Assigned To : Kollar-Kotelly, Colleen<br>Assign. Date : 11/26/2025<br>Description: Misc.<br><br>**MOTION FOR RETURN OF PROPERTY PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 41(g)** |

**MOTION FOR RETURN OF PROPERTY PURSUANT TO
FEDERAL RULE OF CRIMINAL PROCEDURE 41(g)**

Pursuant to Federal Rule of Criminal Procedure 41(g), Daniel Richman ("Professor Richman") hereby moves this Court, by and through undersigned counsel, for an order (1) directing the government to immediately return or delete certain materials illegally seized and/or retained by the government, as well as any copies thereof (the "Materials"); and (2) to temporarily enjoin the government from accessing, searching, relying on, or reviewing the Materials during the pendency of this Motion; and (3) to permanently enjoin the government from making any further use of the improperly seized and retained Materials.

In support of this Motion for Return of Property Pursuant to Federal Rule of Criminal Procedure 41(g), Professor Richman relies upon the attached Memorandum of Law.

Dated:  November 26, 2025

Respectfully submitted,

By: /s/ Mark C. Hansen
Mark C. Hansen

KKL LLP
Nicholas J. Lewin (*pro hac vice* forthcoming)
Jonathan F. Bolz (*pro hac vice* forthcoming)
Jessie-Lauren Pierce (*pro hac vice* forthcoming)
350 Fifth Avenue, 77th Floor
New York, New York 10118
Tel.: (212) 390-9550
Nick.Lewin@KKLllp.com
Jonathan.Bolz@KKLllp.com
Jessie.Pierce@KKLllp.com

KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
Mark C. Hansen
1615 M Street NW, Suite 400
Washington, D.C. 20036
Tel.: (202) 326-7900
mhansen@kellogghansen.com

*Attorneys for Petitioner Daniel Richman*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 26th day of November, 2025, and in accordance with Local Civil Rule 65.1, I caused a true and correct copy of the foregoing filing and all papers filed in the action to date, to be served on the following counsel for respondent via electronic mail:

Jocelyn Ballentine
Deputy Chief, National Security Section
United States Attorney's Office for the District of Columbia
Jocelyn.Ballantine2@usdoj.gov

United States Attorney's Office for the District of Columbia
USADC.ServiceCivil@usdoj.gov

_____
Mark C. Hansen