IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DANIEL RICHMAN,<br><br>                    Petitioner,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Respondent. | Case No. 1:25 -mc-00170-CKK |

### CORRECTED CERTIFICATE OF SERVICE

This Corrected Certificate of Service corrects the service date listed for the public redacted Motion for Return of Property and accompanying attachments, *see* ECF No. 1 at 3, and the sealed version of that Motion with accompanying attachments, *see* ECF No. 2, from November 26, 2025, to December 1, 2025.  Although Petitioner filed those papers on November 26, 2025 and intended to serve them on that date, the filings were not docketed at that time.  I promptly caused the filings to be served on counsel for respondent upon receiving notification from the Clerk's Office, on December 1, 2025, that the filings had been accepted for submission and docketed.  I accordingly hereby certify that, on the 1st day of December, 2025, I caused true and correct copies of the above-referenced filings to be served by electronic mail on the following counsel for respondent:

   Jocelyn Ballentine
   Deputy Chief, National Security Section
   United States Attorney's Office for the District of Columbia
   Jocelyn.Ballantine2@usdoj.gov

   United States Attorney's Office for the District of Columbia
   USADC.ServiceCivil@usdoj.gov

1

Dated: December 2, 2025 					Respectfully submitted,


						By: */s/ Mark C. Hansen*
							Mark C. Hansen

						KELLOGG, HANSEN, TODD,
						FIGEL & FREDERICK, P.L.L.C.
						Mark C. Hansen
						1615 M Street NW, Suite 400
						Washington, D.C. 20036
						Tel.: (202) 326-7900
						mhansen@kellogghansen.com

						*Attorneys for Petitioner Daniel Richman*

2