IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL RICHMAN,

                Petitioner,

v.

UNITED STATES OF AMERICA,

                Respondent.

Case No. 1:25-mc-00170-CKK

## DECLARATION OF JONATHAN F. BOLZ

I, Jonathan F. Bolz, hereby declare, pursuant to 28 U.S.C. § 1746, that I am familiar with the Rules of the United States District Court for the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 4, 2025
        New York, NY

Respectfully submitted,

_____
Jonathan F. Bolz (admitted *pro hac vice*)
KKL LLP
350 Fifth Avenue, 77th Floor
New York, NY 10118
Jonathan.Bolz@KKLllp.com
Tel.: (212) 390-9553

*Attorney for Petitioner Daniel Richman*