**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DANIEL RICHMAN,<br><br>       Petitioner,<br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>       Respondent. | 1:25-mc-00170-CKK<br><br>**EXPEDITED HEARING REQUESTED** |

**MOTION FOR A TEMPORARY RESTRAINING ORDER**

  Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure and Local Civil Rule 65.1, Petitioner Daniel Richman hereby moves this Court, by and through undersigned counsel, for a temporary restraining order enjoining Respondent from searching, using, or relying in any way upon certain property illegally seized and/or retained by Respondent, as well as any copies thereof or any materials obtained, extracted, or derived therefrom, until such time as the Court can further consider the merits of Petitioner's Motion for Return of Property Pursuant to Federal Rule of Criminal Procedure 41(g). This emergency relief is necessary due to the exigency of the circumstances and the irreparable injuries that the requested temporary restraining order is intended to prevent.

  In support of this Motion for a Temporary Restraining Order, Petitioner relies upon the attached memorandum of law and supporting exhibit. A proposed order and a certification of compliance with Local Civil Rule 65.1 are attached hereto.

Dated: December 5, 2025

Respectfully submitted,

By:   */s/ Nicholas J. Lewin*
      Nicholas J. Lewin

KKL LLP
Nicholas J. Lewin (admitted *pro hac vice*)
Jonathan F. Bolz (admitted *pro hac vice*)
Jessie-Lauren Pierce (admitted *pro hac vice*)
350 Fifth Avenue, 77th Floor
New York, NY 10118
Tel.: (212) 390-9550
Nick.Lewin@KKLllp.com
Jonathan.Bolz@KKLllp.com
Jessie.Pierce@KKLllp.com

KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
Mark C. Hansen
1615 M Street NW, Suite 400
Washington, DC 20036
Tel.: (202) 326-7900
mhansen@kellogghansen.com

*Attorneys for Petitioner Daniel Richman*