# EXHIBIT A

| | |
|---|---|
| **From:** | Nick Lewin (KKL) |
| **To:** | Ballantine, Jocelyn (USADC); Hansen, Mark C. |
| **Cc:** | Jessie Pierce (KKL); Jonathan Bolz (KKL); Polavarapu, Aaseesh P. |
| **Subject:** | RE: [EXTERNAL] Re: Richman v. United States, 1:25-mc-00170-CKK |
| **Date:** | Friday, December 5, 2025 11:28:57 AM |

Hi Jocelyn,

Thank you for getting back to us. I am sympathetic to all you have going on, and I am sorry to add to that, but under the circumstances, I'm afraid we cannot wait until next week. Based on the news reports I mentioned in my email below and the reports that the government yesterday sought to obtain an indictment of Letitia James (thus corroborating those news reports), we are concerned that new violations of our client's rights may be imminent, if not already occurring. So, unless you can be in a position by 3:00 pm today to represent that the government will refrain from searching, using, or relying in any way upon Professor Richman's property pending resolution of the Rule 41(g) motion, we intend to proceed with the emergency TRO, potentially as soon as this afternoon or evening.

We are certainly available to discuss this if that would be helpful.

Best,
Nick

---

**Nick Lewin**
**K K L**
350 Fifth Avenue | 77th Floor | New York, NY 10118
212.390.9559 (w) | 917.676.1827 (c)
vCard | profile | www.KKLllp.com

---

**From:** Ballantine, Jocelyn (USADC) <Jocelyn.Ballantine2@usdoj.gov>
**Sent:** Thursday, December 4, 2025 9:12 PM
**To:** Hansen, Mark C. <mhansen@kellogghansen.com>
**Cc:** Nick Lewin (KKL) <Nick.Lewin@KKLllp.com>; Jessie Pierce (KKL) <Jessie.Pierce@KKLllp.com>; Jonathan Bolz (KKL) <Jonathan.Bolz@KKLllp.com>; Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>
**Subject:** Re: [EXTERNAL] Re: Richman v. United States, 1:25-mc-00170-CKK

** EXTERNAL EMAIL **

Thank you so much for the prompt. I met with my leadership today, and they have engaged Department of Justice leadership. I have also shared your pleadings and request with the prosecutors who handled the Comey prosecution out of EDVA.

I do not have an answer for you this evening, but I expect to have one early next week. If you wish to follow up by phone, I am available tomorrow.

---

**From:** Hansen, Mark C. <mhansen@kellogghansen.com>
**Sent:** Thursday, December 4, 2025 9:03:37 PM
**To:** Ballantine, Jocelyn (USADC) <Jocelyn.Ballantine2@usdoj.gov>
**Cc:** Nick Lewin <Nick.Lewin@kklllp.com>; Jessie Pierce <Jessie.Pierce@kklllp.com>; Jonathan Bolz <Jonathan.Bolz@kklllp.com>; Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>
**Subject:** Re: [EXTERNAL] Re: Richman v. United States, 1:25-mc-00170-CKK

Hi Jocelyn,

Did you get an answer? Please let us know.

Thank you,

Mark

Sent from my iPhone

> On Dec 3, 2025, at 5:50 PM, Ballantine, Jocelyn (USADC) <Jocelyn.Ballantine2@usdoj.gov> wrote:
>
> Nick,
>
> Thanks for your email. I will reach out to the appropriate people at DOJ with your request and will respond to you tomorrow by COB.
>
> Jocelyn
>
> ---
>
> **From:** Nick Lewin (KKL) <Nick.Lewin@KKLllp.com>

**Sent:** Wednesday, December 3, 2025 3:13:23 PM
**To:** Ballantine, Jocelyn (USADC) <Jocelyn.Ballantine2@usdoj.gov>
**Cc:** Hansen, Mark C. <mhansen@kellogghansen.com>; Jessie Pierce (KKL) <Jessie.Pierce@KKLllp.com>; Jonathan Bolz (KKL) <Jonathan.Bolz@KKLllp.com>; Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>
**Subject:** [EXTERNAL] Richman v. United States, 1:25-mc-00170-CKK

Hello Jocelyn,

I hope this finds you well. My firm, along with Kellogg Hansen, represents Dan Richman in connection with his Rule 41(g) motion. Yesterday, Judge Kollar-Kotelly instructed us to file a separate TRO motion encompassing our request that the Court enjoin the government from using or relying on Professor Richman's property while our Rule 41(g) motion is pending. We are writing to determine whether motion practice on the TRO is necessary.

Our position, as set forth in our Rule 41(g) brief, is that Professor Richman is entitled to the immediate return of the property at issue (i.e., the materials obtained in connection with the consents and warrants, as well as any materials obtained therefrom). Based on the government's use of such property in connection with the Comey case (as described in Judge Fitzpatrick's November 17, 2025 opinion), we are concerned that, absent a TRO, the government may continue to use the property in a manner that violates Professor Richman's rights – particularly in light of recent news reports that the DOJ may seek a new indictment of Mr. Comey. However, if the government has no such intention and will agree to refrain from searching, using, or relying in any way upon Professor Richman's property pending resolution of the Rule 41(g) motion, that would address our concerns and obviate the need for a TRO.

Please let us know the government's position by COB tomorrow. If you would like to discuss this anytime, of course, we'd be happy to do that.

Best,
Nick

---

**Nick Lewin**
**K K L**
350 Fifth Avenue | 77th Floor | New York, NY 10118
212.390.9559 (w) | 917.676.1827 (c)

vCard | profile | www.KKLllp.com

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive this message), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail or contact KKL LLP at (212) 390-9550, and delete the message. Thank you.