UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL RICHMAN,

                Petitioner,

      v.

UNITED STATES OF AMERICA,

                Respondent.

Case No. 1:25-mc-00170-CKK

### [PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER

Upon consideration of Petitioner Daniel Richman's Motion for a Temporary Restraining Order (the "Motion") and accompanying memorandum and exhibit, it is hereby **ORDERED** that:

(1) The Motion is **GRANTED**; and

(2) Respondent is **ENJOINED** from searching, using, or relying in any way upon: (a) any image of Petitioner's computer, the contents of Petitioner's Columbia University email accounts, and the contents of Petitioner's iCloud account; (b) any copies thereof; and (c) any materials obtained, extracted, or derived therefrom; and

(3) Respondent must file a status report within 24 hours of the issuance of this Order describing the steps taken to ensure compliance with this Order and certifying its compliance with it; and

(4) This Order shall remain in effect until further order from the Court.

**SO ORDERED**.

Dated: _____

                                              _____
                                              COLLEEN KOLLAR-KOTELLY
                                              United States District Judge