IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL RICHMAN,

                Petitioner,

       v.

UNITED STATES OF AMERICA,

                Respondent.

Case No. 1:25-mc-00170-CKK

**CERTIFICATE OF COUNSEL IN COMPLIANCE WITH LOCAL CIVIL RULE 65.1**

      Pursuant to Local Civil Rule 65.1(a), I hereby certify that at 3:13pm on December 3, 2025, I emailed Jocelyn Ballantine, the Deputy Chief of the National Security Section for the U.S. Attorney's Office for the District of Columbia ("USAO-DDC"), to (i) inform the government of the Court's December 2, 2025 Order instructing Petitioner to file a separate motion for a temporary restraining order ("TRO") encompassing Petitioner's request that the Court enjoin the government from using or relying on Petitioner's property pending adjudication of Petitioner's Motion for Return of Property Pursuant to Federal Rule of Criminal Procedure 41(g) (the "Rule 41(g) Motion") and (ii) request whether the government would agree to refrain from searching, using, or relying upon Petitioner's property pending resolution of the Rule 41(g) Motion in order to obviate the need for a TRO.  I requested a response by close of business on December 4.  At 9:12pm on December 4, AUSA Ballantine responded that she had met with "[her] leadership," who had engaged "Department of Justice leadership," and that she had "shared [Petitioner's] pleadings and request with the prosecutors who handled the Comey prosecution out of EDVA." AUSA Ballantine stated that she did not have a response to Petitioner's request, but that she expected to have one by early the week of December 8.   At 11:28am on December 5, I responded

to AUSA Ballantine that absent a representation that the government would refrain from searching, using, or relying in any way upon Petitioner's property pending resolution of the Rule 41(g) Motion by 3:00pm on December 5, Petitioner would seek an emergency TRO.

At 9:16pm on December 5, 2025, I emailed (i) AUSA Ballantine and (ii) the email address designated on USAO-DDC's website for service to provide notice that Petitioner would be filing the accompanying Motion for a Temporary Restraining Order. My email attached electronic copies of the Motion and its accompanying memorandum of law, supporting exhibit, and proposed order. Shortly thereafter, my colleague sent the same recipients a Kiteworks link to all papers previously filed in the action.

Undersigned counsel will send physical copies of the relevant papers by certified mail to USAO-DDC.

Dated:   December 5, 2025

Respectfully submitted,

_____
Nicholas J. Lewin