IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL RICHMAN,<br><br>      Petitioner.<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>      Respondent. | Case No. 1:25-mc-00170-CKK |

### DECLARATION OF JESSIE-LAUREN RATCLIFFE PIERCE

 I, Jessie-Lauren Ratcliffe Pierce, hereby declare, pursuant to 28 U.S.C. § 1746, that I am familiar with the Rules of the United States District Court for the District of Columbia.

 I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 4, 2025
    New York, NY

Respectfully submitted,

_____
Jessie-Lauren Ratcliffe Pierce (admitted
pro hac vice)
KKL LLP
350 Fifth Avenue, 77th Floor
New York, NY 10118
Jessie.Pierce@KKLllp.com
Tel.: (212) 390-9561

*Attorney for Petitioner Daniel Richman*