## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DANIEL RICHMAN,

      Petitioner,

      v.

UNITED STATES OF AMERICA,

      Respondent.

Civil Misc. Action No. 25-0170 (CKK)

### ORDER
(December 10, 2025)

In response to this Court's [10] Order dated December 6, 2025, Attorney Robert K. McBride sent an email to this Court's Chambers at approximately 11:58 a.m. ET on December 8, 2025, attaching a document certifying the Government's compliance with the Court's [10] Order, along with proposed Notices of Appearance for himself and Attorneys Todd W. Blanche and Lindsey Halligan.[1] Petitioner Daniel Richman's counsel received a copy of these attachments by email soon thereafter. Attorney McBride explained in the body of his email to Chambers that counsel were "in the process of obtaining" electronic filing privileges in this District.

As a general matter, providing documents by email is not a substitute for filing them on the docket, and doing so does not make them part of the official record of the case. To date, the Government's certification of compliance with this Court's [10] Order has not been filed on the docket, and Attorneys Blanche, Halligan, and McBride have not yet formally entered their appearances.

---

[1] The document that the Court is construing as a proposed Notice of Appearance for Attorney Halligan was attached with the filename "NOA Halligan," but the substance of the document appeared to be a Notice of Appearance for Attorney Blanche. Another document attached to Attorney McBride's email, entitled "NOA Blanche" was identical to this document except that it omitted Attorney Blanche's Bar number.

On December 9, 2025, Attorney John Bailey filed the Government's [12] Response in Opposition to Petitioner Daniel Richman's Motion for Return of Property and Motion to Dissolve Temporary Restraining Order through the CM/ECF system. Attorney Bailey is therefore listed on the docket as appearing on behalf of the Government. *See also* LCvR 5.4(b)(4) ("The use of a CM/ECF password to login and submit documents creates an electronic record that operates and serves as the signature of the person to whom the password is assigned for all purposes under the Federal Rules of Civil Procedure and the Local Rules of this Court."). However, Attorney Bailey's electronic signature does not appear in the body of the Government's [12] Response and Motion—only the electronic signatures of Attorneys Blanche, Halligan, and McBride appear—and Attorney Bailey has not filed a notice of appearance.

To ensure that counsel who are accountable for the Government's representations and legal positions in this matter are accurately identified in the official record of this case, it is **ORDERED** that all counsel of record for the Government shall file notices of appearance no later than **10:00 a.m. ET tomorrow, December 11, 2025**.

It is further **ORDERED** that, no later than the same deadline, **10:00 a.m. ET tomorrow, December 11, 2025**, the Government shall file on the docket its certification of compliance with this Court's [10] Order dated December 6, 2025.

**SO ORDERED.**

Dated: December 10, 2025

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge