AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Daniel Richman | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   25-0170(CKK) |
| United States of America | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

the United States of America                                        .

Date:    12/08/2025

/s/ Robert K. McBride
*Attorney's signature*

Robert K. McBride, Kentucky Bar No. 84702
*Printed name and bar number*

2100 Jamieson Avenue
Alexandria, VA  22314

*Address*

robert.k.mcbride2@USDOJ.GOV
*E-mail address*

(703) 299-3700
*Telephone number*

*FAX number*