UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL RICHMAN,**<br><br>  Petitioner,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>  Respondent. | Civil Misc. Action No. 25-0170 (CKK) |

## CERTIFICATION OF COMPLIANCE

On December 6, 2025, the Court entered an Order [DE 10] stating that the government would "identify, segregate, and secure the image of Richman's computer that was made in 2017, his Columbia University email accounts, and his iCloud account; any copies of those files; and any materials obtained, extracted, or derived from those files . . . currently in the possession of the United States." The Court further ordered the government to not access, share, disseminate, or disclose these materials without further permission of the Court. Finally, the Court required the government to certify compliance with the Order by 12:00 p.m. ET on December 8, 2025.

*(continued on next page)*

This filing certifies that the government has complied with requirements provided in Docket Entry 10, as described above.

Respectfully submitted this 8th day of December 2025.

        */s/ Todd W. Blanche*
        Deputy Attorney General
        United States Department of Justice
        Robert F. Kennedy Building
        950 Pennsylvania Avenue, NW
        Washington D.C.  20530
        Todd.Blanche@usdoj.gov

        */s/ Lindsey Halligan*
        United States Attorney
        Eastern District of Virginia
        Florida Bar No. 109481
        2100 Jamieson Avenue
        Alexandria, VA  22314
        Telephone:  703-299-3700
        Lindsey.Halligan@usdoj.gov

        */s/ Robert K. McBride*
        Robert K. McBride
        First Assistant United States Attorney
        Eastern District of Virginia
        2100 Jamieson Avenue
        Alexandria, VA  22314
        Telephone:  703-299-3700
        Robert.McBride2@usdoj.gov

# CERTIFICATE OF SERVICE

This is to certify that I have this 8th day of December, 2025, the government served a copy of the foregoing upon the defendant by email to:

Nicholas J. Lewin
Counsel for Petitioner

/s/ *Todd W. Blanche*
Deputy Attorney General
United States Department of Justice
Robert F. Kennedy Building
950 Pennsylvania Avenue, NW
Washington D.C.  20530
Todd.blanche@usdoj.gov

/s/ *Lindsey Halligan*
United States Attorney
Eastern District of Virgina
Florida Bar No. 109481
2100 Jamieson Avenue
Alexandria, VA  22314
Telephone:  703-299-3700
Lindsey.Halligan@usdoj.gov

/s/ *Robert K. McBride*
Robert K. McBride
First Assistant United States Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA  22314
Telephone:  703-299-3700
Robert.K.McBride2@usdoj.gov