UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL RICHMAN,<br><br>  Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent. | Civil Misc. Action No. 25-0170 (CKK) |

**ORDER**
(December 12, 2025)

For the reasons stated in the accompanying Memorandum Opinion, it is hereby:

**ORDERED** that Petitioner Daniel Richman's [1] Motion for Return of Property is **GRANTED** as to the image of his personal computer that the United States made in 2017; any files obtained from his Columbia University email account(s) or his Apple iCloud account(s) in 2019 or 2020 that are in the possession of the United States; any copies of the image or files obtained from his email or iCloud accounts that are in the possession of the United States; and any materials directly obtained or extracted from those files that are in the possession of the United States (collectively, the "covered materials"); and further

**ORDERED** that United States may prepare one complete copy of the covered materials and deposit that copy, under seal, in the U.S. District Court for the Eastern District of Virginia, for future access pursuant to a lawful search warrant and judicial order; and further

**ORDERED** that the Government shall return to Petitioner Richman all copies of the covered materials, except for the single copy that the Court has allowed to be deposited, under seal, with the U.S. District Court for the Eastern District of Virginia; and further

1

**ORDERED** that the Attorney General of the United States shall certify to this Court, with specificity, no later than **4:00 p.m. ET on Monday, December 15, 2025**, that the United States has taken each of the steps required by the Court and has not made or retained any additional copies of the covered materials; and further

**ORDERED** that all provisions of this Court's [10] Order dated December 6, 2025, are **EXTENDED** until the Government certifies its compliance with this Order; and further

**ORDERED** that the remaining requests for relief in Petitioner Richman's [9] Motion for a Temporary Restraining Order and the United States' [12] Motion to Dissolve Temporary Restraining Order are **DENIED AS MOOT.**

**This is a final, appealable order.**

**SO ORDERED.**

**Dated:** December 12, 2025

                                                             *Colleen Kollar-Kotelly*
                                                             COLLEEN KOLLAR-KOTELLY
                                                             United States District Judge