UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL RICHMAN,**<br><br>*Petitioner-Movant*,<br><br>v.<br><br>**THE UNITED STATES OF AMERICA,**<br><br>*Respondent*. | CIVIL NO. 1:25-MC-170-CKK |

## MOTION FOR ADDITIONAL TIME TO RESPOND TO COURT ORDER

The Court on December 16, 2025 ordered the Government to file a supplement to its emergency motion by 9:00 AM on December 17, 2025 and a brief response to certain additional questions raised by the Court by 10:00 AM on December 17, 2025.

The Government respectfully requests that it be provided an additional 48 hours to submit these filings, *i.e.*, until 9:00 AM and 10:00 AM, respectively, on December 19, 2025.

Counsel for Petitioner has informed the Government that he takes no position on this request, but respectfully requests that the Court provide Petitioner an equivalent extension of time to file his brief, *see* ECF No. 27 at 3, should the Court grant the Government's motion.

Respectfully submitted on December 16, 2025.

/s/ *Todd W. Blanche*
Deputy Attorney General
United States Department of Justice
Robert F. Kennedy Building
950 Pennsylvania Avenue, NW
Washington D.C.  20530

/s/ *Lindsey Halligan*
United States Attorney
Eastern District of
Virginia Florida Bar
No. 109481 2100

Jamieson Avenue
Alexandria, VA 22314
Telephone: 703-299-3700
Lindsey.Halligan@usdoj.gov

*/s/ Robert K. McBride*
Robert K. McBride
First Assistant United States Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: 703-299-3700
Robert.McBride2@usdoj.gov

## **CERTIFICATE OF SERVICE**

This is to certify that I have this 16th day of December, 2025, the government served a copy of the foregoing upon counsel for the petitioner-movant via the CM/ECF system.

/s/ *Todd W. Blanche*
Deputy Attorney General
United States Department of Justice
Robert F. Kennedy Building
950 Pennsylvania Avenue, NW
Washington D.C. 20530

/s/ *Lindsey Halligan*
United States Attorney
Eastern District of
Virgina Florida Bar
No. 109481 2100
Jamieson Avenue
Alexandria, VA 22314
Telephone: 703-299-3700
Lindsey.Halligan@usdoj.gov

/s/ *Robert K. McBride*
Robert K. McBride
First Assistant United States Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: 703-299-3700
Robert.K.McBride2@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL RICHMAN,<br><br>*Petitioner-Movant*,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>*Respondent*. | CIVIL NO. 1:25-MC-170-CKK |

### [PROPOSED] ORDER GRANTING ADDITIONAL TIME TO RESPOND TO COURT ORDER

The Government has filed a motion seeking 48 additional hours to respond to the Court's order.  *See* ECF No. 27 at 1–2.  Counsel for Petitioner has informed the Government that he does not oppose this request, but requests that the Court provide Petitioner an equivalent extension of time should the Court grant the Government's motion.

The motion is granted.  The Government's responses shall be due by 9:00 AM and 10:00 AM on December 19, 2025.  Petitioner's brief shall be due by 2:00 PM on December 21, 2025.

_____
THE HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

_____
DATED: