**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**DANIEL RICHMAN,**

***Petitioner-Movant*,**

***v.***

**THE UNITED STATES OF AMERICA,**

***Respondent*.**

**CIVIL NO. 1:25-MC-170-CKK**

# MOTION FOR LEAVE TO COPY COVERED MATERIALS

In order to expeditiously comply with the Court's anticipated order, *see* ECF No. 26 at 3, and in order to ensure compliance therewith, the Government respectfully requests leave of the Court to begin creating a copy of the covered materials for Petitioner Richman, *see* ECF No. 20 at 1, not including any search warrant returns that contain classified information.[1]

The Government makes this request because its ability to make a copy of the covered materials, not including any search warrant returns that contain classified information, will be limited by its technological capabilities, *i.e.*, the speed at which the voluminous electronic data can be copied, and may also be impacted by personnel availability because of the upcoming Christmas holiday.

[1] In an effort to be in a position to attempt to comply as far as possible with the Court's order and original compliance deadline, on December 15, 2025 (and after the Government filed its emergency motion before the time set forth by the Court for the Government to certify compliance, *see* ECF No. 22), the Government lodged a complete copy of the covered materials (including classified information) that it had created following the Court's December 12, 2025 order, *see* ECF No. 20 at 1, with a Classified Information Security Officer in Washington, DC, who informed the Government that he would maintain that copy on behalf of a Classified Information Security Officer for the United States District Court for the Eastern District of Virginia.

The Government has since been informed by the Department of Justice's Litigation Security Group that there is no single Classified Information Security Officer for the United States District Court for the Eastern District of Virginia.

The Government will expeditiously update the Court and Petitioner should the Government encounter any technological (or other) difficulties in creating a copy of the covered materials, not including any search warrant returns that contain classified information, for Petitioner.

Respectfully submitted on December 18, 2025.

*/s/ Todd W. Blanche*
Deputy Attorney General
United States Department of Justice
Robert F. Kennedy Building
950 Pennsylvania Avenue, NW
Washington D.C. 20530

*/s/ Lindsey Halligan*
United States Attorney
Eastern District of
Virgina Florida Bar
No. 109481 2100
Jamieson Avenue
Alexandria, VA 22314
Telephone: 703-299-3700
Lindsey.Halligan@usdoj.gov

*/s/ Robert K. McBride*
Robert K. McBride
First Assistant United States Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: 703-299-3700
Robert.McBride2@usdoj.gov

**CERTIFICATE OF SERVICE**

This is to certify that I have this 18th day of December, 2025, the government served a copy of the foregoing upon counsel for the petitioner-movant via the CM/ECF system.

*/s/ Todd W. Blanche*
Deputy Attorney General
United States Department of Justice
Robert F. Kennedy Building
950 Pennsylvania Avenue, NW
Washington D.C. 20530

*/s/ Lindsey Halligan*
United States Attorney
Eastern District of
Virgina Florida Bar
No. 109481 2100
Jamieson Avenue
Alexandria, VA 22314
Telephone: 703-299-3700
Lindsey.Halligan@usdoj.gov

*/s/ Robert K. McBride*
Robert K. McBride
First Assistant United States Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: 703-299-3700
Robert.K.McBride2@usdoj.gov