UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL RICHMAN,<br><br>   Petitioner,<br> v.<br><br>UNITED STATES OF AMERICA,<br><br>   Respondent. | Civil Misc. Action No. 25-0170 (CKK)<br><br>**REDACTED** |

**ORDER**
(December 19, 2025)

  The Court is in receipt of the Government's [32] Motion for Leave to Copy Covered Materials and its second [33] Emergency Motion to Clarify and for Extension of Time to Certify Compliance. The Court shall resolve the Government's motions at a later date as part of a broader order regarding the resolution of this case. In light of the concerns expressed in the Government's motions, however, the Court shall extend the Government's deadline to certify compliance with the Court's December 12, 2025, Order. Accordingly, it is **ORDERED** that the Government's deadline to certify compliance with the Court's December 12, 2025, Order is **CONTINUED** to **4:00 p.m. ET on December 29, 2025**. No later than that time, the Attorney General or her designee shall certify, with specificity, that the Government has complied with this Court's [20] Order dated December 12, 2025, as clarified and modified by any subsequent Order of this Court. It is further **ORDERED** that the Government and its agents shall not access Petitioner Richman's covered materials or share, disseminate, disclose, or transfer those materials—as it did when it transferred a complete copy of Petitioner Richman's materials to a CISO in Washington, DC— without leave of Court, to any person without first seeking and obtaining leave of this Court.

At present, in this second request, the Court would benefit from additional detail from Petitioner Richman regarding the Government's imaging of Petitioner Richman's personal computer hard drive in 2017. In 2017, Petitioner Richman consented to have the Government seize his personal computer hard drive, make a copy (an "image") of his personal computer hard drive, and search his personal computer hard drive for the limited purpose of identifying and deleting a small subset of specified material.[1] The Court is requesting information as to whether the hard drive that Petitioner Richman consented to have imaged by the Government was ever returned to Petitioner Richman, and, if so, whether any of the specified material had been removed from the hard drive that was returned. Accordingly, it is **ORDERED** that Petitioner Richman shall inform the Court (i) whether the Government returned his personal computer hard drive to him after it imaged the hard drive pursuant to his consent in 2017; and, if the Government did return his personal computer hard drive to him after it made the image, (ii) whether any of the specified material had been removed from the hard drive. It is further **ORDERED** that Petitioner Richman shall include this information in his response to the Government's [31] Motion, which is due at **5:00 p.m. ET on Monday, December 22, 2025.**

**SO ORDERED.**

Dated: December 19, 2025

*Colleen Kollar-Kotelly*
COLLEEN KOLLAR-KOTELLY
United States District Judge

---

[1] [redacted]