UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL RICHMAN,<br><br>                          Petitioner,<br>       v.<br><br>UNITED STATES OF AMERICA,<br><br>                          Respondent. | 1:25-mc-00170-CKK |

**DECLARATION OF NICHOLAS J. LEWIN**

I, Nicholas J. Lewin, hereby declare, pursuant to 28 U.S.C. § 1746, that:

1. I am a partner at KKL LLP, as well as counsel for Petitioner Daniel C. Richman in this action. As such, I am familiar with the facts and circumstances set forth herein.

2. I respectfully submit this declaration in support of Petitioner's Response to the Court's December 18, 2025 and December 19, 2025 Orders.

3. This declaration is based on my personal information and belief.

4. I presently maintain a Top Secret//Secret Compartmented Information security clearance and have access to the sensitive compartmented information facility ("SCIF") located in the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

5. The government returned Petitioner Richman's Apple iMac computer to him in 2017 (defined as the "Computer" in the accompanying brief). Petitioner Richman no longer possesses the Computer, and he never examined the serial number of the hard drive inside the Computer after it was returned to him by the government.

6. As a result, he is unaware today whether the government returned his original hard drive to him, or whether the government returned his Computer after replacing the

original hard drive with a new hard drive.

    7.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   December 22, 2025  
            New York, NY

Respectfully submitted,

_____  
Nicholas J. Lewin (admitted *pro hac vice*)  
KKL LLP  
350 Fifth Avenue, 77th Floor  
New York, NY 10118  
Tel.: (212) 390-9559  
Nick.Lewin@KKLllp.com

*Attorney for Petitioner Daniel Richman*