UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL RICHMAN,<br><br>                                    Petitioner,<br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>                                    Respondent. | Case No. 1:25-mc-00170-CKK |

**[PROPOSED] ORDER MODIFYING THE COURT'S DECEMBER 12 ORDER**

**UPON CONSIDERATION OF** Petitioner Daniel C. Richman's Response to the Court's December 18, 2025 and December 19, 2025 Orders (the "Response") and the accompanying Declaration of Nicholas J. Lewin; Petitioner's Motion for Return of Property Pursuant to Rule 41(g), and its accompanying papers and supporting exhibits (*see* ECF Nos. 1-1, 2-2, 2-3, 2-4, 2-5); Petitioner's Motion for a Temporary Restraining Order (ECF Nos. 9, 9-1); Petitioner's Reply in Further Support of his Rule 41(g) Motion (ECF No. 15); the government's December 15, 2025 Emergency Motion to Modify and Clarify the Court's December 12 Order and Extend Compliance Deadline ("First Government Motion"); the government's December 19, 2025 Second Emergency Motion for Clarification and Extension of Time to Certify Compliance and Notice Regarding Compliance with Court Order ("Second Government Motion"); and the government's various accompanying papers and supplemental filings (*see* ECF Nos. 22, 22-1, 28, 29, 31, 32, 33), it is hereby:

**ORDERED** that the modifications and clarifications requested in the First Government Motion are **DENIED**; and

**ORDERED** that the modifications and clarifications requested in the Second Government Motion are **DENIED**; and

**ORDERED** that the modifications and clarifications outlined in Petitioner Richman's Response are **GRANTED**; and

**ORDERED** that, pending the government's completion of the four steps and certification outlined below, the Court's December 19, 2025 order stating that "the Government and its agents shall not access Petitioner Richman's covered materials or share, disseminate, disclose, or transfer those materials . . . without leave of Court, [or] to any person without first seeking and obtaining leave of this Court" (ECF No. 34) is **CONTINUED** until further order of this Court; and

**ORDERED** that the Court's December 12, 2025 Order is clarified and modified as follows:

(1) Deliver Full Copy Set to the EDVA District Court: By January 5, 2025, the Government is directed to deliver the full copy set of the covered materials that is currently in the possession of Litigation Security Group ("LSG") to the District Court for the Eastern District of Virginia ("EDVA District Court"). To the extent the government believes it is necessary, it may have a chain-of-custody FBI agent accompany the DOJ Classified Information Security Officer for this delivery; and to the extent that these materials contain the purportedly classified memorandum, those materials may be stored in the judicial secret compartmented information facility ("SCIF") or a GSA-approved security container located inside the Albert V. Bryan United States Courthouse, 401 Courthouse Square, Alexandria, VA 22314.

(2) Return of All Electronic Storage Devices Containing Original or Forensic Copies: By January 5, 2025, the government is directed to identify all electronic storage devices (including, but not limited to, hard drives, USB drives, and optical discs) constituting or containing Petitioner Richman's original seized materials or forensic copies thereof, and to return them to Professor Richman through counsel. To whatever extent the purportedly classified memorandum is stored on any such device, the government is permitted to permanently delete that file prior to returning the device.

(3) Deletion and Destruction of Copies: By January 5, 2025, the government is directed to delete from all Department of Justice and Federal Bureau of Investigation

computer systems and any other electronic devices, all electronic copies, in any form, of the covered materials, as well as any printed copies of the same.

(4) Certification: By January 5, 2025, the Attorney General of the United States or her designee is directed to certify that aforementioned Paragraphs One through Three, above, have been completed and that the government has retained no copies of the covered materials.

It is further **ORDERED** that the government identify and use an independent "wall team" with no prior or present involvement with either the Arctic Haze investigation or with *United States v. Comey*, No. 25 Cr. 272 (E.D. Va. 2025), and who are not employed by any Department of Justice Office or Division involved in those cases, to carry out the Court's directives in Paragraphs 1 through 3, above.

**SO ORDERED**.

Washington, D.C.

Dated: _____

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge