UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL RICHMAN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | Civil Misc. Action No. 25-0170 (CKK) |

**ORDER**
(December 23, 2025)

For the reasons stated in the accompanying Memorandum Opinion, is it **ORDERED** that the Government's [22], [33] Emergency Motions are **GRANTED IN PART** and **DENIED IN PART**. Accordingly, the Court's [20] Order dated December 12, 2025, is further **AMENDED** and **CLARIFIED**, as follows:

**(1)** The Court has authorized the Government to deposit a single, complete copy of Petitioner Richman's covered materials with the U.S. District Court for the Eastern District of Virginia. It is **ORDERED** that, if the Government decides to deposit such a copy with the Eastern District of Virginia, then the Government shall deliver the complete set of the covered materials that is currently in the possession of the Department of Justice's Litigation Security Group in Washington, DC, to the U.S. District Court for the Eastern District of Virginia **on or before December 29, 2025**. It is further **ORDERED** that the Government shall be permitted to have a chain-of-custody FBI agent accompany the delivery of these materials. Finally, it is **ORDERED** that the custodian of these materials shall not share, disseminate, or disclose these materials to any person except pursuant to an appropriate search warrant.

1

**(2)** The Court has ordered the Government to return certain materials to Petitioner Daniel Richman. Accordingly, it is **ORDERED** that, **on or before December 29, 2025**, the Government shall return to Petitioner Richman, through counsel, all electronic storage devices constituting or containing Petitioner Richman's original seized materials or forensic copies of those materials. It is further **ORDERED** that, to the extent the purportedly classified memorandum identified in the record is stored on any such device, the Government shall be permitted to permanently delete that file prior to returning the device to Petitioner Richman.

**(3)** The Court has ordered the Government to certify compliance with the Court's Order by a date certain. Accordingly, it is **ORDERED** that, **no later than December 29, 2025**, the Attorney General or her designee shall certify to this Court, with specificity, that the Government has complied with this Court's [20] Order dated December 12, 2025, as clarified and modified by any subsequent Order of this Court. It is further **ORDERED** that the Government and its agents shall not access Petitioner Richman's covered materials, except for the limited purpose of deleting the purportedly classified memorandum identified in the record, or share, disseminate, disclose, or transfer those materials to any person without first seeking and obtaining leave of this Court.

It is further **ORDERED** that, for the reasons stated in the accompanying Memorandum Opinion, the Government's [31] Motion for Order and its [32] Motion for Leave to Copy are **DENIED**.

**SO ORDERED.**
Dated:  December 23, 2025

*/s/ Colleen Kollar-Kotelly*
COLLEEN KOLLAR-KOTELLY
United States District Judge