# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL RICHMAN,    ) <br> ) <br> Petitioner-Movant    ) <br> ) <br> v.    ) <br> ) <br> UNITED STATES OF AMERICA,    ) <br> ) <br> Respondent.    ) | Case No. 1:25-mc-00170-CKK |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Stanley E. Woodward, Jr., Associate Attorney General of the U.S. Department of Justice, enters his appearance as counsel for Respondent the United States of America.

Dated: January 2, 2026              Respectfully submitted,

                                                                  */s/ Stanley E. Woodward, Jr.*
                                                                 Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
                                                                 Associate Attorney General
                                                                 U.S. Department of Justice
                                                                 950 Pennsylvania Avenue, Northwest
                                                                 Washington, District of Columbia 20530
                                                                 202-514-2000 (telephone)
                                                                 stanley.woodward@usdoj.gov

                                                                 *Counsel for Respondent*
                                                                 *the United States of America*

**CERTIFICATE OF SERVICE**

On January 2, 2026, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all registered parties.

                                                             */s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, Northwest
Washington, District of Columbia 20530
202-514-2000 (telephone)
stanley.woodward@usdoj.gov

*Counsel for Respondent*
*the United States of America*