IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL RICHMAN,** | ) ) ) |
| Petitioner-Movant | ) ) ) |
| v. | ) ) ) |
| **UNITED STATES OF AMERICA,** | ) ) ) |
| Respondent. | ) ) |

Case No. 1:25-mc-00170-CKK

**[PROPOSED] ORDER**

Upon consideration of Respondent's Motion, it is this ___ day of January, 2026, hereby:

    **ORDERED** that the Motion is **GRANTED.**


    **SO ORDERED.**


_____
The Honorable Colleen Kollar-Kotelly
United States District Court Judge