**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DANIEL RICHMAN,

                           Petitioner,

           v.

UNITED STATES OF AMERICA,

                         Respondent.

                              1:25-mc-00170-CKK

## JOINT STATUS REPORT

The parties jointly submit the following status report in response to the Court's January 13, 2026 order, which directed the parties to "advis[e] the Court of (1) the progress of the Government's efforts to comply with the Court's [20] Order, and (2) whether Petitioner Richman possesses a copy of any files or other materials that the Government proposes to delete or destroy on the basis that they are stored on a device or in an image that contains classified information."

*The Government's Efforts to Comply with the Court's Order.*  The Government has taken the following steps to comply with the Court's Order:

1.    The Government represents that, on December 29, 2025, the Government deposited with the U.S. District Court for the Eastern District of Virginia the set of covered materials that was previously in the possession of the Department of Justice's Litigation Security Group in Washington, DC.

2.    On January 9, 2025, the Government returned twelve (12) FBI evidence items and one (1) hard drive from the United States Attorney's Office for the District of Columbia to counsel for Petitioner.  The Government represents that these materials include, collectively, a complete set of the covered materials, apart from the classified memorandum.

3.    The parties are negotiating a consent motion that would address the Government's obligations with respect to all covered materials, including original seized materials and copies of those materials, that remain in the government's possession or that the Government may discover or locate in the future.

*Whether Petitioner Richman Possesses a Copy of the Files or Materials the Government Proposes to Delete or Destroy.*  As noted, the Government represents that the materials that the Government provided to Petitioner on January 9, 2026 constitute a complete set of the covered materials, apart from the classified memorandum.  Thus, Petitioner currently possesses a copy of all files or materials that the Government proposes to delete, apart from the classified memorandum.

Dated:   January 16, 2026

Respectfully submitted,

By:   Nicholas J. Lewin

KKL LLP
Nicholas J. Lewin (admitted *pro hac vice*)
Jonathan F. Bolz (admitted *pro hac vice*)
Jessie-Lauren Pierce (admitted *pro hac vice*)
350 Fifth Avenue, 77th Floor
New York, NY 10118
Tel.: (212) 390-9550
Nick.Lewin@KKLllp.com
Jonathan.Bolz@KKLllp.com
Jessie.Pierce@KKLllp.com

KELLOGG, HANSEN, TODD, FIGEL &
FREDERICK, P.L.L.C.
Mark C. Hansen
1615 M Street NW, Suite 400
Washington, DC 20036
Tel.: (202) 326-7900
mhansen@kellogghansen.com

*Attorneys for Petitioner Daniel Richman*

Stanley E. Woodward, Jr. (D.C. Bar No.
997320)
Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, Northwest
Washington, District of Columbia 20530
202-514-2000 (telephone)
stanley.woodward@usdoj.gov

*Counsel for Respondent*
*the United States of America*