IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **DANIEL RICHMAN,** | ) ) ) | Case No. 1:25-mc-00170-CKK |
| Petitioner-Movant | ) ) ) |  |
| v. | ) ) ) |  |
| **UNITED STATES OF AMERICA,** | ) ) ) |  |
| Respondent. | ) ) |  |

### UNOPPOSED[1] EMERGENCY MOTION TO EXTEND COMPLIANCE DEADLINE

Respondent, the United States of America, by and through the undersigned counsel, hereby moves this Court, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, for an Order further extending the deadline by which the United States must certify its compliance with this Court's December 12, 2025, Order (as clarified and modified), which is presently due at 5:00 PM EST on January 20, 2026. *See* ECF Nos. 20, 26, 27, 38, 41, Jan. 4, 2026, minute order, Jan. 13, 2026, minute order.

In the days since the Court last extended the foregoing deadline, the undersigned counsel has endeavored to negotiate in good faith with counsel for Petitioner-Movant the particulars of the parties' understanding of what compliance with the Court's Orders requires.[2] In particular, the

---

[1] Counsel for the Petitioner-Movant has advised the undersigned counsel that does Petitioner-Movant does not oppose the request of the United States. Counsel for the Petitioner-Movant further advised that Petitioner-Movant expressly requests that the United States continue to not access, share, disseminate, disclose, or otherwise transfer the materials covered by the Court's Orders without leave of Court, to which request the United States does not object.

[2] On January 9, 2026, the Government provided counsel for Petitioner those electronic storage devices of which the Government is currently aware that "constitute or contain original seized or forensic copies of those materials" (except for devices that include the classified memorandum or Government work product). *See* ECF Nos. 26 at 2, 38 at 2. Furthermore, consistent with the Court's orders, the Government delivered the single copy of Petitioner's materials to the United States District Court for the Eastern District of Virginia on December 29, 2025.

1

Government provided counsel for Petitioner a draft joint consent motion regarding the December 23, 2025, Order. Counsel for Petitioner provided feedback on January 5, 2026. The Government finished incorporating the feedback on January 6, 2026, and sought review from counsel for Petitioner. Counsel for Petitioner provided further feedback on January 8, 2026. The Government shared proposed revisions to the draft joint consent motion with Petitioner on January 9, 2026, and received proposed revisions on January 13, 2026. The Government shared additional proposed revisions with Petitioner on January 14, 2026, and corresponded with Petitioner regarding the same on January 15, 2026, and January 17, 2026.

As of the filing of this motion, the Government has yet to receive Petitioner's proposed revisions.

*   *   *

Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." Good cause exists to extend the deadline by which the United States must comply with the Court's Order insofar as discussions between the Parties continue that may alleviate the necessity of the Court spending judicial resources resolving any dispute as between the parties. *See* Fed. R. Civ. P. 6(b)(1)(A); *Nasreen v. Capitol Petroleum Group, LLC*, Civ. No. 20-1867 (TJK), 2021 WL 5310565, at *4 (D.D.C. Nov. 15, 2021).

So that these discussions may continue, the United States respectfully requests the deadline to comply with the Court's Order by providing a certification of compliance with the same be extended to January 27, 2026. The United States is not requesting any other modification or alteration to the Court's Order (or the clarifications or modifications thereto) at this time.

Dated: January 20, 2026	Respectfully submitted,

       /s/ *Stanley E. Woodward, Jr.*

Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, Northwest
Washington, District of Columbia 20530
202-514-2000 (telephone)
stanley.woodward@usdoj.gov

*Counsel for Respondent*
*the United States of America*

3

**CERTIFICATE OF SERVICE**

On January 20, 2026, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all registered parties.

                                                */s/ Stanley E. Woodward, Jr.*
                                      Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
                                      Associate Attorney General
                                      U.S. Department of Justice
                                      950 Pennsylvania Avenue, Northwest
                                      Washington, District of Columbia 20530
                                      202-514-2000 (telephone)
                                      stanley.woodward@usdoj.gov

                                      *Counsel for Respondent*
                                      *the United States of America*