UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL RICHMAN,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Civil Misc. Action No. 25-0170 (CKK) |

**ORDER**
(January 27, 2026)

Upon consideration of the Government's [48] Consent Motion, it is **ORDERED** that the Motion is **GRANTED**, and the Court's December 12, 2025 order (the "December 12 Order") is further **AMENDED** and **CLARIFIED** as follows:

It is **ORDERED** that the definition of "covered materials" comprises the materials identified as "covered materials" in the December 12 Order, including all copies of covered materials, including non-forensic copies (e.g., printouts of documents from Petitioner Richman's devices, individual files saved on a computer, and/or individual files attached to emails), but does not include derivative materials (e.g., memoranda that Government agents or attorneys drafted based on their review of covered materials); and further

**ORDERED** that the Government may permanently delete and destroy any electronic media and forensic images that include the classified memorandum, as well as the original hard drive obtained from Petitioner's computer; and further

1

**ORDERED** that the Government may permanently delete a Department of Justice Relativity Database maintained in South Carolina containing covered materials, as well as any copies or backups of that database that contain Government tagging and coding; and further

**ORDERED** that the Government may permanently delete the two other networked backups containing covered materials that are identified in its [48] Consent Motion; and further

**ORDERED** that the Government's obligation to return, delete, or destroy covered materials is limited to covered materials of which the Government is aware and has located; and further

**ORDERED** that the certification of compliance by the Attorney General or her designee previously ordered by the Court need not state that the Government has returned all covered materials to Petitioner, provided that it states that the Government has returned or permanently deleted and/or destroyed all covered materials of which it is then-presently aware and has located; and further

**ORDERED** that, if the Government locates additional covered materials after submitting the aforementioned certification, the Government and its agents shall:

(a) neither access those materials nor share, disseminate, disclose, or transfer them to any person without first seeking and obtaining leave of this Court;

(b) promptly notify the Court and Petitioner Richman of this discovery; and

(c) seek this Court's leave to either return the materials to Petitioner Richman or delete and destroy them.

It is further **ORDERED** that the deadline for the Attorney General or her designee to certify to this Court, with specificity, that the Government has complied with this Court's Order

dated December 12, 2025, as clarified and modified by any subsequent Order of this Court, including this Order, is **EXTENDED** to **5:00 p.m. ET on January 28, 2026**.

In all other respects, the Court's prior Orders remain unchanged.

**SO ORDERED.**

**Dated:**  January 27, 2026

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge