IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DANIEL RICHMAN,** | ) <br> ) <br> ) |
| Petitioner-Movant, | ) <br> ) Case No. 1:25-mc-00170-CKK |
| v. | ) <br> ) |
| **UNITED STATES OF AMERICA,** | ) <br> ) |
| Respondent. | ) <br> ) <br> ) |

### UNOPPOSED MOTION FOR LEAVE TO DELETE COVERED MATERIALS

Pursuant to the Court's January 27, 2026, Order, ECF No. 50 at 2, the United States respectfully moves this Court for an Order permitting the destruction of covered materials have been subsequently identified by the Federal Bureau of Investigation ("FBI"). Specifically, during the course of a routine response to a FOIA request, the FBI discovered covered materials that had been exported to a separate database maintained by the Record/Information Dissemination Section ("RIDS") of the FBI Information Management Division. The existence of the covered materials was discovered before any such materials were accessed and no covered materials were shared, disseminated, disclosed, or transferred upon their discovery. Rather, the existence of the covered materials was determined based on an analysis of the original source of the materials – records that have since been deleted pursuant to the Court's January 27 Order. Pursuant to protocols in place at the FBI, the undersigned was immediately notified of the existence of the covered materials and, that same day, February 9, 2026, the undersigned alerted counsel for Petitioner of the discovery of the same. Accordingly, the United States now seeks an Order from the Court authorizing the destruction of the covered materials. *See* ECF No. 50 at 2. Petitioner does not oppose this request.

Dated: February 20, 2026

Respectfully submitted,

*/s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, Northwest
Washington, District of Columbia 20530
202-514-2000 (telephone)
stanley.woodward@usdoj.gov

*Counsel for Respondent
the United States of America*

2

**CERTIFICATE OF SERVICE**

On February 20, 2026, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all registered parties.

                                                            */s/ Stanley E. Woodward, Jr.*