**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **DANIEL RICHMAN,** | ) |
| Petitioner-Movant, | ) |
| v. | ) Case No. 1:25-mc-00170-CKK |
| **UNITED STATES OF AMERICA,** | ) |
| Respondent. | ) |

**[PROPOSED] ORDER AUTHORIZING DESTRUCTION OF COVERED MATERIALS**

Consistent with the Court's January 27, 2026 order, *see* ECF No. 50, the Government may delete the additional covered materials that it has located from the pertinent FBI system.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

_____
DATED: